# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 19-2147 RGK (MRW) | Date | December 23, 2019 |
| Title | Robinbir Singh v. Thomas Giles | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None Present | None Present |

**Proceedings:**  (IN CHAMBERS) ORDER RE: DISMISSAL

The parties filed a stipulation to dismiss this case. (Docket # 8.) This action is dismissed.